IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IHOP RESTAURANTS LLC, a Delaware limited-liability company; and IHOP FRANCHISOR LLC, a Delaware limited-liability company, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Civil Action No. 17-00570-KD-M ) |
| MOEINI CORPORATION, | ) ) |
| Defendant. | ) |

## PRELIMINARY INJUNCTION

In accordance with the Order entered this date, Defendant Moeini Corporation is enjoined, as follows:

a. Defendant Moeini Corporation is enjoined from
(1) using the IHOP Marks or any trademark, service mark, logo, or trade name that is confusingly similar to the IHOP Marks;
(2) otherwise infringing the IHOP Marks or using any similar designation, alone or in combination with any other component;
(3) passing off any of its goods or services as those of IHOP or IHOP's authorized franchisees;
(4) causing likelihood of confusion or misunderstanding as to the source or sponsorship of its business, goods, or services;
(5) causing likelihood of confusion or misunderstanding as to its affiliation, connection, or association with IHOP and IHOP's franchisees or any of IHOP's goods or services; and

b. Defendant Moeini Corporation shall file with the Court and serve upon IHOP's counsel within twenty-one (21) days of entry of this preliminary injunction and order, a written report, under oath, setting forth in detail the manner in which it has complied with such injunction or order.

DONE and ORDERED this the 7th day of February 2018.

        s/ Kristi K. DuBose
        KRISTI K. DuBOSE
        CHIEF UNITED STATES DISTRICT JUDGE