IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IHOP RESTAURANTS LLC, a Delaware limited-liability company; and IHOP FRANCHISOR LLC, a Delaware limited-liability company, </br></br> Plaintiffs, </br></br> vs. </br></br> MOEINI CORPORATION, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 17-00570-KD-M |

## ORDER

This action is before the Court on Moeini Corporation's "Motion to Clarify or Reconsider and Modify Order Granting Preliminary Injunction" and the Response filed by Plaintiffs IHOP Restaurants LLC and IHOP Franchisor LLC (docs. 25, 28). Defendant moves the Court to clarify, reconsider or modify the Preliminary Injunction to authorize Defendant to maintain IHOP signage at Defendant's closed Foley, Alabama and closed Spanish Fort, Alabama locations until a sale for these locations is consummated or the Letter of Intent expires (doc. 25). Defendant states that it has a potential purchaser and the purchaser's representatives requested that IHOP signs remain in place until conclusion of negotiations with IHOP and that the signs be included in the purchase (doc. 25, Exhibit A, Exhibit B).

Plaintiffs oppose the motion. They argue that the injunction requires removal of the signage. They also argue that the Letters of Intent do not reference maintaining the signage, that removing the signage would not be a hardship on Defendant, and that Plaintiffs will continue to suffer harm if the signage is not removed. Alternatively, Plaintiffs' offer a compromise in the

form of a schedule for covering or removing the signs, should IHOP not approve Defendant's purchaser.

Upon consideration of the potential for resolution of this issue between the parties, unless the parties enter into an agreement on the removal of the signage, all IHOP signage is to be removed prior to March 30, 2018.

DONE and ORDERED this the 20th day of March 2018.

s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
CHIEF UNITED STATES DISTRICT JUDGE